

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 AUG 15  PM 3: 56

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MYKEL DAYONE JOHNSON

NO.

3 - 23 CR 0 3 3 4 - N

## **INDICTMENT**

The Grand Jury charges:

### Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about April 13, 2023, in the Dallas Division of the Northern District of

Texas, the defendant, **Mykel Dayone Johnson**, knowing that he had been convicted in a

court of a crime punishable by imprisonment for a term exceeding one year, that is, a

felony offense, did knowingly possess, in and affecting interstate and foreign commerce,

a firearm, to wit: a Glock, Model 19, 9mm caliber pistol, bearing serial number

BKHX389.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Mykel Dayone**

**Johnson**, shall forfeit to the United States of America any firearm and ammunition

involved or used in the commission of the offense, including the firearm referenced

below.  This property includes, but is not limited to, the following:

1. a Glock, Model 19, 9mm caliber pistol, bearing serial number BKHX389, and any ammunition recovered with the firearm.

A TRUE BILL:

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

L. RACHAEL JONES
Assistant United States Attorney
Texas State Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8614
Facsimile: 214-659-8803
Email: rachael.jones@usdoj.gov

**Indictment—Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MYKEL DAYONE JOHNSON

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of a Firearm by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

------------------------------------------------------------------------------------------
DALLAS                                                            FOREPERSON

Filed in open court this ___15___ day of August, 2023.

------------------------------------------------------------------------------------------

**Warrant to be Issued – In State Custody**

------------------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending